1  EVANGELINE F. GROSSMAN State Bar No.176014
   egrossman@efglawyer.com
2  TONNA K. FAXON State Bar No. 237605
   tfaxon@efglawyer.com
3  **EVANGELINE FISHER GROSSMAN LAW**
   330 North Indian Hill Boulevard
4  Claremont, California 91711
   Telephone:  (909)626-1934
5  Facsimile:   (909)626-1900

6  Attorneys for Plaintiffs DESIREE GUNAJI AND GREGORY GUNAJI

7

8          **UNITED STATES DISTRICT COURT CENTRAL**

9          **DISTRICT OF CALIFORNIA - EASTERN DIVISION**

10

11 DESIREE GUNAJI AND GREGORY          Case No. 5:24-cv-00759-KK-SHK
   GUNAJI
12                                     [Riverside Superior Court Case No.
              Plaintiffs,              CRVI2304876]
13
   v.                                  **ORDER OF DISMISSAL**
14
   STATE FARM GENERAL
15 INSURANCE COMPANY; TIM APAT
   and DOES 1 to 10, Inclusive
16
              Defendants              Action Filed:  September 18, 2023
17                                    Trial Date:     May 5, 2025

18

19

20                   **ORDER OF DISMISSAL**

21      Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure

22 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS

23 DISMISSED WITH PREJUDICE in its entirety. The Clerk is directed to close the

24 file.

25 Dated: February 20, 2025

26

27 _____
   HON. KENLY KIYA KATO
28 UNITED STATES DISTRICT JUDGE